560 A.2d 140

**CITIZENS FOR STATE HOSPITAL, Doctor Alexander M. Munchak, Chairman, et al., Appellees,**

v.

**COMMONWEALTH of Pennsylvania, Robert Casey, Governor, et al., Appellants.**

Supreme Court of Pennsylvania.

Submitted May 4, 1989.

Decided June 26, 1989.

Reargument Denied Aug. 29, 1989.

Michael B. Sutton, Deputy Atty. Gen., John G. Knorr, III, Chief Deputy Atty. Gen., for appellants.

Alexander M. Munchak, pro se.

Joseph R. Caterina, amicus curiae, pro se.

Gene Basalyga, amicus curiae, pro se.

Angie Drazba, amicus curiae, pro se.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

And now, this 26th day of June, 1989, the appeal of the Commonwealth and all outstanding motions are dismissed as moot, the underlying action having been dismissed by order of Commonwealth Court dated January 26, 1989, 123 Pa.Cmwlth. 150, 553 A.2d 496, which sustained the Commonwealth's preliminary objection to the standing of the Appellees.